UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

        Plaintiff,

   v.

CARL D. SCHLICHT and SANDY SCHLICHT, dba McDONALDS #12072,

        Defendants
_____/

NO. CIV. S-05-508 LKK/PAN

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has informed the court that the parties have settled the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter, including the Status Conference currently set for May 16, 2005, are hereby **VACATED**.

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4      IT IS SO ORDERED.
5      DATED: May 16, 2005.

7                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
8                              UNITED STATES DISTRICT COURT