```
LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CARL D. SCHLICHT AND SANDY SCHLICHT DBA MCDONALD'S #12072, et al.,<br><br>    Defendants.<br>_____ / | Case No. CIV.S.05-0508 LKK PAN<br><br>**ORDER FOR DISMISSAL** |

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-0508 LKK PAN, is hereby dismissed with prejudice.

Dated: May 25, 2005.   /s/Lawrence K. Karlton
United States District Court Judge